# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No: 3:12-cv-00048-FDW-DSC

| | |
|---|---|
| SCOTT TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRE TECH & SAFETY OF NEW ENGLAND, INC., <br><br> Defendant. | ORDER |

**THIS MATTER** is before the Court on "Application[s] for Admission to Practice Pro Hac Vice" (documents #10 and 11) filed April 10, 2012 requesting admission of attorneys Seth W. Brewster and Benjamin E. Ford to represent Defendant Fire Tech & Safety of New England, Inc. For the reasons set forth therein, the Motions will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: April 11, 2012

David S. Cayer
United States Magistrate Judge