# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:12-CV-0048

| | |
|---|---|
| SCOTT TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| FIRE TECH & SAFETY OF NEW ) | |
| ENGLAND, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion. It has come to the Court's attention that Plaintiff's Opposition to Defendant's Motion to Dismiss (Doc. No. 16) is over the Court's word limit of 4,500 words. While the brief does include a certificate of word count compliance as required by the Court's scheduling order, the Court believes the word count error was made in good faith. Counsel has represented to the Court that counsel was unaware footnotes were included in the word count and his computer program did not count them.

IT IS THEREFORE ORDERED THAT Plaintiff amend the instant motion within forty-eight (48) hours to comply with the Court's word count limit.

IT IS SO ORDERED.

Signed: May 8, 2012

Frank D. Whitney
United States District Judge